**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANKENMUTH INSURANCE COMPANY,** | ) | |
| **PLAINTIFF,** | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| **BEASLEY CONSTRUCTION SERVICES, INC.** | ) | |
| **DEFENDANT.** | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Comes now Frankenmuth Insurance Company [hereinafter "FIC"] and states to the Court as follows:

### STATEMENT OF PARTIES AND JURISDICTION

**1.** Plaintiff FIC is an insurance company incorporated under the laws of, and has its principal offices located in, the State of Michigan. FIC is authorized and qualified to do business in the State of Alabama. FIC is a resident citizen of the State of Michigan for purposes of diversity jurisdiction.

**2.** Defendant Beasley Construction Services, Inc. [hereinafter "Beasley"] is an Alabama corporation in that it was incorporated under the laws of, and has its principal offices located in, the State of Alabama. Beasley is authorized and qualified to do business in the State of Alabama. Beasley is

a resident citizen of the State of Alabama for purposes of diversity jurisdiction.

## VENUE AND JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. 1332(a) because there is diversity of citizenship, and the amount of controversy exceeds $75.000.

4. Venue of this action is proper in the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §1391(b)(2) as a substantial part of the events or omissions giving rise to the claim occurred in the Middle District of Alabama and the policy of insurance was issued in this jurisdiction.

5. An actual justiciable controversy exists between the Plaintiff and the Defendant involving rights and liabilities existing under contracts of insurance issued by FIC to City of Montgomery.

## FACTS AND ALLEGATIONS

### A. Lawsuit Brought Against Defendant.

6. This declaratory judgment action arises from a civil action brought by Lonnie Ray Hall, Sr., as Personal Representative of the Estate of Lonnie Ray Hall, Jr., and L.R.H. a minor, by and through his Mother and Next Friend, Kenley Paige Holden [hereinafter collectively referred to as "the

Halls"] in the Circuit Court of Macon County, Alabama, bearing civil action no. CV-2026-900092, Beasley. A copy of the state court Complaint is attached as Exhibit "A".

7. On November 26, 2024, Beasley entered into a subcontract with Southern Shavings, LLC to perform sitework, storm drainage, and site utility work at a project located at 115 Victory Lane, Brantley, Alabama. The Halls allege that Beasley retained and exercised significant control over Southern Shavings' work, including the right to inspect its work and equipment, approve the work performed, require daily reports, reschedule and coordinate the work, and mandate conferences and other project-control measures.

**8.** The Halls further alleges that on April 16, 2025, Mr. Hall, an employee of Southern Shavings, LLC, sustained fatal injuries while working at the project site.

**9.** Based upon these allegations, the Halls filed a lawsuit asserting a claim for wrongful death against Beasley under Alabama law.

**B. APPLICABLE INSURANCE POLICIES.**

**10.** FIC issued a Commercial General Liability Policy form, policy number 6738657 ("the Policy") to City of Montgomery. The Policy Liability form is attached hereto as Exhibit B.

**11.** The Policy form provides the following coverages:

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" and arises out of:

(a) Operations performed for you by the "contractor" at the location specified in the Declarations[1]; or

(b) Your acts or omissions in connection with the general supervision of such operations.

The liability coverage part includes the following:

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured[.]

**b. Contracted Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of

[1] The location where the accident occurred is listed in the Declarations.

liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**d. Acts Or Omissions by Your and Your Employees**

"Bodily injury" or "property damage" arising out of your, or your "employees", acts or omissions other than general supervision of "work" performed for you by the "contractor."

*****

The Policy defines various terms used therein. The defined terms include (but are not limited to) the following:

**SECTION V – DEFINITIONS**

8. "Impaired property" means tangible property other than "your product" or "your work" that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or you fulfilling the terms of the contract or agreement.

*****

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*****

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession;

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for

work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

*****

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

*****

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent

*****

21. "Your Product":

a. Means:

(1) Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;
(b) Others trading under your name; or
(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or

equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or Instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

*****

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

## DECLARATORY JUDGMENT

12. Beasley submitted claims to FIC for coverage for the suit filed against it by the Halls.

13. FIC tendered a defense on behalf of Beasley pursuant to a reservation of rights.

14. It is FIC's position that there is no coverage for any of the allegations in the Complaint filed against the Beasley by the Halls for the following reasons, which include, but are not limited to:

a. The Named Insured identified in the Policy issued by FIC is the City of Montgomery. Although Beasley is identified in the Policy as a designated contractor, that designation alone does not confer insured status. Throughout the Policy, the terms "you" and "your" refer exclusively to the Named Insured shown in the Declarations, namely, the City of Montgomery. The term "insured" is separately defined to mean only those persons or organizations qualifying as insureds under Section II – Who Is An Insured.

b. The City of Montgomery is an organization other than a partnership, joint venture, or limited liability company.

Accordingly, Section II provides insured status to the City's executive officers and directors, but only with respect to their duties as such, and to its stockholders, but only with respect to their liability as stockholders. Beasley does not fall within any of these categories, nor does it otherwise qualify as an insured under Section II.

c. Accordingly, based upon the information presently available and the applicable Policy provisions, it appears that Beasley does not qualify as an insured under the Policy and, therefore, is not entitled to coverage under the Policy issued by FIC to the City of Montgomery.

d. The FIC policy defines "occurrence", in pertinent part, as meaning an "accident". It is beyond dispute that Beasley is accused of acting wantonly. Wantonness is not an occurrence as is necessary to trigger coverage.

15. FIC seeks a declaration from this Court with respect to its duties under the FIC policy issued to City of Montgomery under which Beasley seeks coverage. Specifically, whether FIC is required to provide coverage for the claims brought by the Halls in their state court action against Beasley.

16. WHEREFORE, premises considered, FIC prays this Court will accept jurisdiction of this cause and upon hearing the issues will grant the following relief:

**I.** Declare that the FIC has no duty or obligations to defend Beasley, or pay any judgment rendered against Beasley under the FIC liability portions of the Policy.

**II.** Grant to FIC any further, other or different relief to which it may be entitled.

/s/Kori L. Clement
Kori L. Clement (ASB-5125-L72K)
Attorney for Plaintiff
Frankenmuth Insurance Company

**OF COUNSEL:**
KLASING, WILLIAMSON & BURKE P.C.
100 Concourse Parkway
Suite 275, East Tower
Birmingham, Alabama 35244
Tele: (205)980-4733
Email: clem@harelaw.com

**Will be served by certified mail and/or process server as follows:**

Beasley Construction Services, Inc.
c/o Chad L. Beasley
8560 Tuskegee Street
Notasulga, AL 36866